**No. 10-9249. John E. Milton, III, Petitioner v. United States.**

563 U.S. 925, 131 S. Ct. 1831, 179 L. Ed. 2d 787, 2011 U.S. LEXIS 2782.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 398 Fed. Appx. 995.

**No. 10-9256. Alberto Rivera-Delgado, Petitioner v. United States.**

563 U.S. 925, 131 S. Ct. 1831, 179 L. Ed. 2d 787, 2011 U.S. LEXIS 2627.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 409 Fed. Appx. 228.

**No. 10-9257. Abel Fernandez-Hernandez, Petitioner v. United States Parole Commission.**

563 U.S. 925, 131 S. Ct. 1832, 179 L. Ed. 2d 787, 2011 U.S. LEXIS 2705.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 401 Fed. Appx. 924.

**No. 10-9258. Robert Leon Gray, Petitioner v. United States.**

563 U.S. 925, 131 S. Ct. 1832, 179 L. Ed. 2d 787, 2011 U.S. LEXIS 2769.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 392 Fed. Appx. 148.

**No. 10-9259. Kevin M. Ferguson, aka Kevin Mercel Ferguson, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1832, 179 L. Ed. 2d 787, 2011 U.S. LEXIS 2751.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 401 Fed. Appx. 992.

**No. 10-9262. Fabian Garcia-Bahena, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1832, 179 L. Ed. 2d 787, 2011 U.S. LEXIS 2698.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 926.

**No. 10-9263. Jose Felipe Guerrero-Montelongo, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1832, 179 L. Ed. 2d 787, 2011 U.S. LEXIS 2700.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 912.

**No. 10-9267. Devlen H. Ford, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1832, 179 L. Ed. 2d 787, 2011 U.S. LEXIS 2634.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 946.